UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDWARD P. MATTAR, III,
THOMAS ALAN BOYD,
JACK O. GRACE, JR.,

       Defendants.

## ORDER DIRECTING APPEARANCE OF JEFFREY SIMON

Upon being advised by counsel for defendant, Thomas Alan Boyd, that Jeffrey Simon has been served with a subpeona to appear at the trial of this criminal proceeding and has informed counsel that he does not intend to comply with that subpoena and it also appearing that the testimony of Jeffrey Simon is necessary and that the time for his appearance is set for Wednesday, November 15, 2006, it is now

ORDERED that Jeffrey Simon, 1405 Tuscany Way, Boynton Beach, Florida, 33435, is ordered to appear before this Court at 9:00 a.m. on Wednesday, November 15, 2006, in response to the subpoena served on him and that a failure of Mr. Simon to appear as scheduled will constitute a contempt of this Court, and it is

FURTHER ORDERED that service of this order shall be made personally on Jeffrey Simon at his address by the United States Marshal or duly designated deputy in Florida.

DATED: November 8, 2006

                                                  BY THE COURT:
                                                  s/Richard P. Matsch

                                                  _____

                                                  Richard P. Matsch, Senior District Judge